United States District Court
for the District of New Jersey

_____

**TEVA PHARMACEUTICALS USA, INC.**

    Plaintiff : Civil No. 08-2344

    vs.

: Order of Reassignment

**EISAI CO., LTD., et al**

    Defendant

_____

It is on this 10th day of August 2009,

O R D E R E D that the entitled action is reassigned

from Judge Harold A. Ackerman to Chief Judge Garrett E Brown, Jr.

    S/Garrett E. Brown, Jr.
    Garrett E. Brown, Jr., Chief Judge
    United States District Court